**Electronically Filed
Supreme Court
SCWC-20-0000101
29-SEP-2021
10:13 AM
Dkt. 11 ODAC**

SCWC-20-0000101

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee,

vs.

LEONARD SPORIK,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-20-0000101; CASE NO. 1DTA-18-03076)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Petitioner/Defendant-Appellant's Application for Writ of Certiorari filed on August 6, 2021, is hereby rejected.

DATED: Honolulu, Hawai'i, September 29, 2021.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

